STATE OF NEW JERSEY v. MILDRED JOHNSON.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE MONTALBANO.

January 16, 1979. Petition for certification denied.

LE-WIT ASSOCIATES v. MAX SACK.

January 16, 1979. Petition for certification denied.

AETNA CASUALTY AND SURETY COMPANY v.
ELEANOR DeMARZO AND VICTOR DeMARZO.

January 16, 1979. Petition for certification granted.

NATIVIDAD VASQUEZ v.
GLASSBORO SERVICE ASSOCIATION, INC.

January 16, 1979. Petition for certification granted. (See
159 *N. J. Super.* 310)

STATE OF NEW JERSEY v. ROBERT HELMBOLD, JR.

January 16, 1979. Petition for certification denied.